UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PETER A. SCOTT, Sr., (98-B-0124),

                      Plaintiff,

                                                        DECISION AND ORDER
          v.                                                          02-CV-578A

JOSE de PERIO, M.D.,
STEPHEN LASKOWSKI, M.D., and
SARA DuBOIS, PT,

                      Defendants.

---

        On March 28, 2005, the Court filed a Decision and Order in this case granting the defendants' motion for summary judgment and denying plaintiff's motion to amend the complaint.  On April 13, 2005, plaintiff moved to strike the Court's March 28th Decision and Order, and to remove the undersigned as the judge assigned to the case for reasons of bias and abuse of discretion. The Court denies plaintiff's motions as they are frivolous.

        IT IS SO ORDERED.

                                                            /s/ Richard J. Arcara

                                                            _____
                                                            HONORABLE RICHARD J. ARCARA
                                                            CHIEF JUDGE
                                                            UNITED STATES DISTRICT COURT

Dated: May    3   , 2005